IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. NICHOLS, ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No. 06-98 ERIE |
| ) | |
| MARYLIN BROOKS, et al., ) | |
| Defendant. ) | |

### ORDER

           AND NOW, this 20th day of June, 2006, upon consideration of the Plaintiff's Appeal (Document No. 22) of the Magistrate Judge's Order dated June 1, 2006

        IT IS HEREBY ORDERED that the said appeal is DENIED and the Order of the Magistrate Judge (Document No. 21) is AFFIRMED

                                                    S/Sean J. McLaughlin
                                                    Sean J. McLaughlin
                                                    United States District Judge

cc: all parties of record.nmk