### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. NICHOLAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-98 Erie |
| MARILYN BROOKS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on May 1, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 18], filed on May 25, 2006, recommended that this action be dismissed as legally frivolous in accordance with 28 U.S.C. § 1915(d).  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Plaintiff by certified mail and on Defendants.  No objections were filed.  After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 5th day of July, 2006;

IT IS HEREBY ORDERED that this action is DISMISSED as legally frivolous in accordance with 28 U.S.C. § 1915(d).

The Report and Recommendation [Doc. No. 18] of Magistrate Judge Baxter, filed on May 25, 2006, is adopted as the opinion of the Court.

                                          s/   Sean J. McLaughlin
                                              United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge